THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES
VARELLI, Appellant.

Submitted January 5, 1951; decided March 1, 1951.

*Donato Di Palo* and *Harry Silver* for appellant.

*Miles F. McDonald, District Attorney (David Diamond* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.